JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | 2:22-cv-08109-ODW (SKx) | Date | December 5, 2022 |
|---|---|---|---|
| Title | *Theresa Brooke v. Sethi Development Inc.* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**

Pursuant to Plaintiff's Notice of Voluntary Dismissal, (ECF No. 13), and Federal Rule of Civil Procedure 41(a)(1)(A)(i), **IT IS HEREBY ORDERED** that:

1. The entire action and all claims asserted therein are hereby **DISMISSED WITH PREJUDICE**; and

2. The November 22, 2022 Order to Show Cause is **DISCHARGED**. (ECF No. 12.)

3. All dates and deadlines in this action are **VACATED** and taken off calendar.

The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

: 00

Initials of Preparer    SE